## Berkheimer *v.* Druck Valley Auto Rebuilders, Inc. (et al., Appellants).

Argued March 13, 1967. *Penrose Hertzler,* for appellants; *Morrison B. Williams,* with him *Harold E. Stambaugh,* for appellee; *W. Burg Anstine,* with him *Anstine & Anstine,* for appellee.

Order affirmed.

## Campana *v.* Campana, Appellant.

Argued March 21, 1967. *Max Hall,* with him *McNerney, Page, Vanderlin & Hall,* for appellant; *John P. Campana,* with him *Campana & Campana,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Cifuni *v.* Joseph H. Cohen & Sons, Inc. et al., Appellants.

Argued March 22, 1967. *William T. Adis,* for appellants; *Frank Carano,* with him *Milton H. Kunken,* and *Carano & Kunken,* for appellee.

Judgment affirmed.